ERIC MICHAEL DRAKE
(Name)
P.O. BOX: 7100
(Address)
CORCORAN, CA 93212
(City, State, Zip)
#AS0448
(CDCR / Booking / BOP No.)

FILED
JAN 29 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

ERIC MICHAEL DRAKE #AS0448,
(Enter full name of plaintiff in this action.)

                       Plaintiff,

v. WARDEN
R.C. JOHNSON AT
RICHARD J DONOVAN CORRECTIONAL
FACILITY - 480 ALTA ROAD
SAN DIEGO, CA 92179-0001
(Enter full name of each defendant in this action.)
                      Defendant(s).

Civil Case No. **'24CV0209 RBM MSB**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, ERIC MICHAEL DRAKE, (print Plaintiff's name) who presently resides at CORCORAN STATE PRISON P.O. BOX: 7100 / CORCORAN, CA 93212, (mailing address or place of confinement) were violated by the actions of the below named individuals. The actions were directed against Plaintiff at RICHARD J. DONOVAN CORRECTIONAL (institution/place where violation occurred) on (dates) 8/31/2022 (Count 1), 12/07/2022 (Count 2), and 4/28/2023 (Count 3) FACILITY - 480 ALTA ROAD SAN DIEGO, CA 92179-0001

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **R.C. JOHNSON** resides in **SAN DIEGO**,
(name) (County of residence)
and is employed as a **WARDEN**. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **R.C. JOHNSON IS THE WARDEN OF RICHARD J. DONOVAN CORRECTIONAL FACILITY AND IS LIABLE.**

Defendant **JANE DOE** resides in **SAN DIEGO**,
(name) (County of residence)
and is employed as a **CDC OFFICER**. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **JANE DOE IS THE OFFICER THAT ROLL UP ALL MY PROPERTY AT R.J.D.C.F IN BIULDING C12 ON 12/7/2022.**

Defendant _____ resides in _____,
(name) (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant _____ resides in _____,
(name) (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

§ 1983 SD Form
(Rev. 8/15)

2

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: CALIFORNIA CODE OF REGULATION TITLE 15, 3193(B)-UNDER LIABILITY (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

I WRITE YOU BECAUSE RICHARD J. DONOVAN CORRECTIONAL FACILITY LOST MY PROPERTY ON TWO SEPARATE OCCASION. THE FIRST OCCASION WAS OR IS COUNT ONE IS APPEAL LOG # 302396 WHICH REFLECTS THAT THE FIRST BOX EXHIBIT A-1- WAS LOST ON OR AROUND .07.06.2022 IN WHICH EXHIBIT A-1- INDICATES THAT LEGAL DOCUMENTS AND COURT B REPORTERS TRANSCRIPTS WERE MISSING. NOW KEEP IN MIND MY COURT TRANSCRIPTS ARE OVER 1000 PAGES AND AT $.50 TO $2.00 AN PAGE TO REPLACE BY PHOTOCOPY, PLUS SHIPPING AND HANDLING. FURTHER PRISON RJD CORRECTIONAL FACILITY NEVER ACKNOWLEDGES THAT THE TRANSCRIPTS ARE MISSING BECAUSE THEY KNOW THAT THEIR RESPONSIBLE FOR THE TRANSCRIPTS ALSO. EXHIBIT: D1 IS INMATE PROPERTY INVENTORY CDCR 1083 SLIP DATED 6/5/22 AND PROVES I WAS TRANSFER FROM THE CSP-LAC-LANCASTE-LOS ANGELES COUNTY TO RICHARD J. DONOVAN BUT DOESN'T INDICATE NUMBER # OF BOXES. EXHIBIT: D2 IS INMATE PROPERTY INVENTORY CDCR 1083 DATED 6/9/2022 WHEN I ARRIVED AT R.J.D INSTITUTION AND WRITTEN ACROSS THE PAGE IS R&R AND INDICATE # OF BOXES 7 AND UNDER REASON FOR INVENTORY: ADSEG. TAKE NOTE NONE OF THE INVENTORY WAS CHECK OFF. EXHIBIT: A1 IS INMATE/PAROLEE APEAL CDCR 602 SLIP DATE SUBMITTED .08.03.2022. EXHIBIT: A2 IS CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT DATED 09/08/2022 RE: LOG # 302396. EXHIBIT: A3 & A4 IS THE OFFICE OF GRIEVANCES.

§ 1983 SD Form
(Rev 8/15)

3

PAGE 1

GRIEVANCES DECISION LOG #302396 IN WHICH WAS DENIED AT EXHIBIT: A5 & A6 IS APPEAL OF GRIEVANCE CDCR 602-2 TO THE OFFICE OF APPEAL CDCR 602-2 TO THE OFFICE OF GRIEVANCE CDCR 602-2. TO THE OFFICE OF APPEAL OGT LOG NO: 302396. AT EXHIBIT: A7 RJDCF ADMINISTRATIVE SEGREGATION UNIT SLIP - DATED 06/09/2022. KEEP IN MIND THE PRISON ISN'T SUPPOSE TO PUT AN INMATE IN AD-SEG FOR REFUSING TO CELL UP WITH SOMEONE DO TO THE FACT AN INMATE IS INCONTINENCE.

EXHIBIT: A8 & A9 IS OFFICE OF APPEALS DECISION SLIP. GRIEVANCE/APPEAL LOG #302396 DATED 02/04/2023. AT THIS POINT OFFICE OF APPEAL DECISION SAID: THUS, THIS CLAIM IS GRANTED. BUT I DIDN'T RECEIVE ANY OFFER UNTIL JULY 2023 AT EXHIBIT: B10, B11, B12, B13 AND THEN IT WAS ONLY $30.00. AT THE TOP OF THE EXHIBIT: D10 SAYS - RELEASE OF LIABILITY - INMATE CLAIMS. MY FLAT SCREEN, 15.6 T.V. WAS OVER $200.00. THEY LOST EVERY-THING. PLUS, THE ONE BOX THAT HAD MY LEGAL DOCUMENTS AND TRANSCRIPTS. GO TO EXHIBIT: D6, D7, D8, D9, D10 FOR A COMPLETE LIST THAT ARE MISSING.

Count 2: The following civil right has been violated: CALIFORNIA, CODE OF REGULATION TITLE 15, 3193 (B) UNDER LIABILITY (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.).

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

THIS IS IN REGARDS TO LOG # 363332 GRIEVANCE DATED 12/07/2022. ON DECEMBER 7, 2022 I ERIC MICHAEL DRAKE WAS STABBED SIXTEEN AND WAS HOSPITALIZE UNTIL DECEMBER 13, 2022. AT EXHIBIT: B4 & B4.5 SECOND PARAGRAPH. IN TURN ALL MY PROPERTY WAS ROLL UP FROM FACILITY C, CELL BLOCK C12, CELL 131 AND PLACE IN RECEIVING AND RELEASE (R&R) AT EXHIBIT: D3 IS-INMATE PROPERTY INVENTORY -CDCR 1083 A COMPLETED FORM WHICH IS DATED TWICE, ON 12/07/2022 THE SAME DATE THAT I WAS STABBED. ALL MY PROPERTY WAS BELIEVE TO BE TAKEN AND STORED IN R&R ON 12/07/2022. AT EXHIBIT: D3 - INDICATES # OF BOXES 8 AND # OF BAG 1. PLUS AT THE UPPER LEFT SIDE IT SAYS: - REASON FOR INVENTORY - WRITTEN IN THE SLOT - OUT TO HOSPITAL - SO ITS EASY TO SEE IT WAS STANDARD PROCESS TO ROLL UP MY PROPERTY WHEN I WAS STABBED ON 12/07/2022 AT EXHIBIT: B1, B2 STATES: ON JANUARY 19, 2023 I WAS RELEASE FROM AD-SEG WITHOUT MY PROPERTY. I FILLED OUT A - INMATE REQUEST FOR INTERVIEW - 22 FORM - BUT IT WAS IGNORE - TO REFUSE TO TAKE NOTICE AT ALL. SO I WAITED FOR THE CUSTOMARY TEN DAYS AND FILE AN GRIEVANCE, CDCR 602-1 INDICATING THAT I HAVEN'T RECEIVE MY PROPERTY. AT EXHIBIT: B2 I ESTIMATED THAT FIVE OR SIX BOXES AND ONE LARGE PLASTIC BOX WITH A LID STORAGE CONTAINER ARE MISSING, THAT WOULD ACCOUNT FOR SEVEN BOXES AT EXHIBIT: D2 FURTHER I DIDN'T HAVE EXHIBIT: D3

§ 1983 SD Form (Rev. 8/15)

4

PAGE 1

COUNT 2

EXHIBIT: B3 - YET AT ANY POINT IN TIME, ON MARCH 27 2023 - EXHIBIT: B4 - I SPOKE TO A FEMALE OFFICER AT MY CELL DOOR. SHE ASK IF I HAVE A-INMATE PROPERTY INVENTORY CDCR 1083 - SLIP. I STATED I DIDN'T RECEIVE ONE BECAUSE I WAS-OUT TO HOSPITAL ON 12/07/2023. FURTHER I STATED I DIDN'T SIGN AN 1083 EITHER. ON OR ABOUT 04/03/2023 I RECEIVE THE OFFICE OF GRIEVANCES DECISION REPLY LETTER WITH/OUT EXHIBIT: B3 B5... ON THE FOURTH PARAGRAPH THE SEANT NIETO REPORT D: THERE IS NO PROPERTY FOR THE CLAIMANT IN THE RECEIVING AND RELEASE. AT THIS POINT I THOUGHT I WAS SUNK. SO I CAME TO THE CONCLUSION THAT THEY COULDN'T FIND MY PROPERTY BECAUSE ... WERE BEING LATER... ...... NO: 37 - DATED 4/1/2024 - LOST ... APPEAL OF GRIEVANCE. CDCR 60 ... ... ... ... OUT THEY TWISTED LOG #363382 AND AT EXHIBIT: A - LOG # 303896 TOGETHER AND SAID I WAS ONLY ONE BOX AND T.S. I ESTIMATED FIVE OR SIX BOXES WITH A LARGE PLASTIC ... ... BOX. ON 4/15/2023 I WENT ON A HUNGER STRIKE DURING THE TWELVE DAY HUNGER STRIKE I MET SERGENT OWENS. I EXPLAIN THE SITUATION TO HIM. A FEW DAYS LATER I MET WITH SERGENT OWENS AGAIN. HE POINTED OUT THAT I WAS WRONG ABOUT THE THE ESTMATED FIVE OR SIX BOXES AND THE PLASTIC BOX. HE SMILE AND HANDED ME - INMATE PROPERTY INVENTORY CDCR 1083 FORM - BE MINDFUL THAT I

COUNT ... THAT I NEVER ASK HIM FOR THE CDCR 1083 FORM. HE DID IT ON HIS OWN INVESTIGATION. HE HANDED ME A PHOTOCOPY OF THE FORM. THEN SERGEANT OWEN POINTED OUT THE CDCR 1083 FROM THAT I HAD EIGHT BOXES. WHICH IS THAT BECAUSE I RECEIVE MY T.V. AND CD PLAYER RADIO BEFORE DECEMBER 2020. SERGEANT OWEN TOLD ME TO FOLLOW HIM. HE INTRODUCE ME TO A FEMALE CAPTIAN. SHE TOLD ME THAT SHE HAD OFFICE WENT OVER TO R&R AND TRASH ... LOOKING FOR MY EIGHT BOXES OF PROPERTY. SHE SAW I WAS HOLDING THE CDCR 1083 AND ASK ME, WILL I STOP THE HUNGER STRIKE. I DECLINE. BUT A FEW DAYS LATER I CAME TO THE CONCLUSION THAT SERGEANT ... LIEUTENANT CASTO, SERGEANT OWENS AND ONE FEMALE CAPTIAN LOOK FOR MY PROPERTY TO NO AVAIL. SO, I STOP THE HUNGER STRIKE ON THE TWELVE DAY. AT EXHIBIT: B8. B9 – IS OFFICE OF APPEALS DECISION-LOG ... UNDER IV REMEDY STATES: THE OFFICE OF APPEALS APPROVE PAYMENT IN THE AMOUNT OF $30.00 FOR FULL AND FINAL SATISFACTION OF THIS MATTER. CAN ONE IMAGINE THE PRISON OFFER $30.00 WHEN MY 15.6 FLAT SCREEN T.V. WITH THE CD PLAYER AND FM RADIO WHICH IS OVER $200.00, HOT POT $37.00, FAN $25.00. GO TO EXHIBIT: D ... TO SEE A COMPLETE LIST OF WHAT DISAPPEAR AND HOW MUCH IT COST AND WERE IT CAME FROM.

PAGE – 3 –

COUNT 2

ON 6/21/2023 I WAS TRANFER FROM RICHARD J. DONOVAN CORRECTION FACILITY TO CORCORAN STATE PRISON BECAUSE I WAS ON THE THIRTIETH DAY OF A HUNGER STRIKE AND THEY JUST WANTED TO GET RID OF ME. ONCE AGAIN THEY PUT ME IN AD-SEG BECAUSE THEY TRY TO PUT ME IN A CELL WITH SOMEONE IN MY INCONTINENT CONDITION, SO I WAS PLACE IN AD-SEG AND THIS LASTED THIRTY DAY. I WENT FROM 209 POUNDS TO 179 POUNDS. RICHARD J. DONOVAN CORRECTIONAL FACILITY ON TWO DIFFERENT OCCASION HAD ME CALL UP TO THE CORCORAN PROGRAM OFFICE TO SIGN EXHIBIT: B10, B11, B12, B13, ON 7/31/2023. I SIMPLY REFUSED TO SIGN THE AGREEMENT BECAUSE IT WAS TOTALLY AND COMPLETELY UNREASONABLE, ABSURD.

PAGE 4

Count 3: The following civil right has been violated: CALIFORNIA CODE OF REGULATION TITLE 15, 3193(B) - UNDER LIABILITY (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

AT EXHIBIT: C1 IS MY GRIEVANCE CDCR 602-1 AND DATED 4/28/2023 IN WHICH I POINT OUT THERE WAS EIGHT BOXES FROM DECEMBER 7, 2022, PLUS ONE BOX FROM IN SEPARATE TIME LINE IN JULY 6, 2022. AT EXHIBIT: C3 - IS LOG# 362461 OFFICE OF GRIEVANCE DATED 05/04/2023. I POINT OUT THAT I'VE BEEN COMPLETELY BOTTOM OUT SINCE DECEMBER 7, 2022. AT EXHIBIT: C8, LOG #362461 IS DECISION: TIME EXPIRED. AT EXHIBIT: C9 IS GRIEVANCE CDCR 602-1, LOG #393580, DATED 4/27/2023. AT EXIBIT: C11 IS LOG #393580, DATED 06/03/2023 IN WHICH WAS UNDER DECISION: REJECTED. AT EXHIBIT: C15 ON DATE 9/21/2023 IS LOG# 393580 APPEALS DECISION: DENIED. THE PRISON IS NO LONGER IGNORING THE LOSS OF THE EIGHT BOXES BUT NOW AT EXHIBIT: C8 - LOG #362461 SAYING: TIME EXPIRED AND UNDER LOG #393580 IS SAYING: REJECTED. AT EXHIBIT: C15 SAYS DENIED. AT EXIBIT: C14 - I'm LITERALLY BEGGING FOR THEM TO PLEASE INVESTIGATE, BUT THEY IGNORE ME AND ALL OF THE EVIDENCE. FURTHER AT EXHIBIT: E1, E2, E3, E4. I'VE A DOCUMENTED LEARNING DISABILITY WHICH MAKES THIS A LOT HARDER FOR ME TO PROCESS INFORMATION.

§ 1983 SD Form
(Rev. 8/15)

5

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

I'VE NEVER FILE A SMALL CLAIM LAWSUIT BEFORE. AS FOR THIS SMALL CLAIMS LAWSUIT HERE I EXHAUSTED ALL ADMINISTRATIVE RELIEF LET EXHIBIT: A, B, & C, REFLECTS THAT I MADE AN HONEST EFFERT TO EXHAUST EVERY AVENUE. HOPING FOR AN HONEST RUN.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _____

2. Damages in the sum of $ _1095.18_
3. Punitive damages in the sum of $ _1500.00_
4. Other: _COURT TRANSCRIPTS = 1000.00_

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_1/24/2024_
Date

_Eric Michael _____
Signature of Plaintiff

ERIC MICHAEL DRAKE - #AS0448
CORCORAN STATE PRISON
P.O. BOX: 7100
CORCORIN, CA 93212

— LEGAL MAIL —
— CONFIDENTIAL —



RECEIVED
JAN 29 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                DEPUTY

CLERK OF U.S. DISTRICT COURT
333 WEST BROADWAY - SUITE 420
SAN DIEGO, CA 92101

Legal Materials Only            Legal Materials Only

