

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Eric Michael Drake

**Plaintiff,**

V.

R.C. Johnson, Warden; Jane Doe, CDC Officer

**Defendant.**

Civil Action No. 24-cv-00209-RBM-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court DISMISSES Plaintiff's Complaint sua sponte in its entirety without leave to amend based on a failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b)(1). The Court certifies that any appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date: 3/29/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D. Martinez

D. Martinez, Deputy